**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER GOINS,** | ) | **CASE NO. 4:08CV1800** |
| | ) | |
| **PLAINTIFF ,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **COMMISSIONER OF SOCIAL** | ) | **MEMORANDUM OPINION** |
| **SECURITY,** | ) | **AND ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |

This matter is an action to review a final decision of the Commissioner of Social Security denying Plaintiff's ("Goins") application for supplemental security income benefits. On August 8, 2008, pursuant to L.R. 72.2, this matter was automatically referred to Magistrate Judge Kenneth S. McHargh for preparation of a report and recommendation ("R&R"). (Dkt. # 4).

On November 20, 2009, Magistrate Judge McHargh issued the R&R, recommending that Goins' that the decision of the Commissioner be affirmed. (Dkt. # 20). FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (14) days after service. Goins has failed to file any such objections.

Therefore, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Thus, the Report and Recommendation of Magistrate Judge McHargh is hereby **ADOPTED**. (Dkt. # 20). Accordingly, this matter is **DISMISSED**.

**IT IS SO ORDERED**.

        **/s/ Peter C. Economus – January 4, 2010**
        **PETER C. ECONOMUS**
        **UNITED STATES DISTRICT JUDGE**